UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GARCON,<br><br>       Plaintiff,<br><br>   -against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>       Defendants. | 1:22-cv-01169 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has reviewed the parties' joint letter, dated October 10, 2022. ECF No. 31. The Court will enter the Case Management Plan and Scheduling Order under separate cover.

  IT IS HEREBY ORDERED that, within thirty (30) days of this Order, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of this Order), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with the post-discovery pretrial conference.

Dated: October 14, 2022
   New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge