# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GARCON, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and JOVIA FINANCIAL CREDIT UNION f/k/a NASSAU EDUCATORS FEDERAL CREDIT UNION, <br><br> Defendants. | Request **DENIED**. The parties have not complied with Rule 4(B)(iv) of the Court's Individual Rules of Practice in Civil Cases when submitting the proposed protective order. <br><br> Dated:  May 10, 2023 <br>         New York, New York <br><br> Case No: 1:22-cv-1169-ER <br><br> **SO ORDERED.** <br><br> *Jennifer Rochon* <br> **JENNIFER L. ROCHON** <br> **United States District Judge** |

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant Experian Information Solutions, Inc. ("Experian"), by and through the undersigned counsel, moves the Court for entry of the Stipulated Protective Order, attached as Exhibit A, as follows:

1. The parties are seeking confidential documents and testimony in discovery. The disclosure of such information outside the scope of this litigation could result in significant injury to one or more of the parties' business or privacy interests.

2. The parties have stipulated to the Stipulated Protective Order attached as Exhibit A, and good cause exists for its entry.

WHEREFORE, Experian respectfully requests the Court issue the Stipulated Protective Order attached as Exhibit A.

Dated: May 9, 2023                    Respectfully submitted,

/s/ *Melanie K. Chan*
Melanie K. Chan
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-7854
Email: melaniechan@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I, Melanie K. Chan, certify that on May 9, 2023, I caused the foregoing UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: May 9, 2023

                                                             */s/ Melanie K. Chan*
                                                             Melanie K. Chan