UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT GARCON,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

                Defendants.

1:22-cv-01169 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    The Court having been advised at ECF No. 53 that all claims asserted herein **against Defendant Equifax Information Services LLC** have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 45 days** of the date of this Order if the settlement is not consummated, **as to Defendant Equifax Information Services LLC only**.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot and all conferences are cancelled as to Defendant Equifax Information Services LLC only. The Clerk of Court is directed to keep this case OPEN.

Dated: May 15, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge