# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-3654
melaniechan@jonesday.com

July 14, 2023

Request **GRANTED**.  The remote conference is hereby adjourned to **July 20, 2023 at 4 p.m.**

Dated:  July 17, 2023
New York, New York

BY ECF

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *Robert Garcon v. Experian Information Solutions, Inc., et al.*
      Case No. 1:22-cv-01169-JLR (S.D.N.Y.)
      <u>Consent Motion for Adjournment of Video Conference</u>

Dear Judge Rochon:

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests an adjournment of the remote video conference scheduled for July 20, 2023 at 10:30 a.m. (ECF 60) to the afternoon of July 20, 2023, July 21, 2023, or another date and time that is convenient for the Court.

Experian is requesting this adjournment because Experian's counsel has a court conference at 10 a.m. on July 20, 2023 that requires in-person attendance. Counsel for Plaintiff consent to this request. No other scheduled dates will be affected by this request.

Respectfully submitted,

*/s/ Melanie K. Chan*
Melanie K. Chan
Jones Day
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3654
Email: melaniechan@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

cc:   All counsel of record (by ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON