UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GARCON,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

                Defendants.

1:22-cv-01169 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated at the conference on July 20, 2023, it is hereby ORDERED that Plaintiff's letter-motion to reopen fact discovery and compel the production of one witness for deposition by **August 3, 2023** is GRANTED.

    The Clerk of Court is respectfully directed to terminate ECF No. 57.

Dated: July 20, 2023
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge