UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GARCON,

       Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

       Defendants.

1:22-cv-01169 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised that all claims asserted herein **against Defendant Jovia Financial Credit Union** have been settled in principle, the action is DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated, **as to Defendant Jovia Financial Credit Union only**.

  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions are moot and all conferences are cancelled as to Defendant Jovia Financial Credit Union only.  The Clerk of Court is directed to keep this case **OPEN**.

Dated: July 20, 2023
   New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge